UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARTANO AIDINI, individually,<br><br>                Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a foreign corporation; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>                Defendants. | Case No. 2:15-cv-0505-APG-GWF<br><br>**Order Rejecting Joint Pretrial Order**<br><br>(ECF No. 33) |

       The parties' proposed Joint Pretrial Order (ECF No. 33) does not comply with Local Rule 16-4. For example, in section VII(c), the parties offer generic objections to all of each other's exhibits, without specifying which objections apply to which exhibits. The Local Rule requires the parties to specify their objections.

       Further, both parties designate entire deposition transcripts, including transcripts for witnesses that will testify at trial. Neither party explains why depositions would be used for witnesses who testify at trial, and neither party provides specific page and line designations. Broad designations of deposition transcripts make it impossible for the other party to object.

       The parties do not state whether they intend to present electronic evidence for purposes of jury deliberations. LR 16-3(b)(9), LR 16-4(VI)(d).

       With regard to witnesses, both parties list "person most knowledgeable" for several entities without designating what topics the witness is knowledgeable about. Thus, the other party cannot adequately prepare for cross-examinations of those witnesses. Also, the defendant improperly "reserves the right to call any witnesses and expert identified by any party to this action [and] further reserves the right to amend/supplement this foregoing list of witnesses."

Parties are required to disclose all of their trial witnesses and cannot "reserve their rights" to call "all witnesses and experts." Neither can parties "reserve the right to supplement."

The proposed Order is replete with additional inadequacies; I will not catalog those for the parties.

Local Rule 16-3 requires the parties to personally discuss these and other issues. The requirements set forth in Local Rules 16-3 and 16-4 are designed to streamline the trial preparation and presentation, and to foster settlement. The proposed Joint Pretrial Order does not comply with Local Rules 16-3 and 16-4. Accordingly,

IT IS ORDERED that the parties' Joint Pretrial Order (**ECF No. 33**) is **REJECTED**. The parties shall personally confer as required in Local Rule 16-3, and submit a Joint Pretrial Order that complies with Local Rule 16-4 within 21 days of entry of this Order.

Dated: this 16th day of August, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE