Martin A. Little, Esq.
Nevada Bar No. 7067
E-mail: mal@juww.com
Alexander Villamar, Esq.
Nevada Bar No. 9927
Email: av@juww.com
JOLLEY URGA WOODBURY & LITTLE
330 South Rampart Blvd., Suite 380
Las Vegas, Nevada 89145
Telephone:   (702) 699-7500
Facsimile:   (702) 699-7555
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARTANO AIDINI, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a foreign corporation; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO.:   2:15-cv-00505-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO OPPOSE MOTIONS IN LIMINE**<br><br>**(First Request)** |

Plaintiff Artano Aidini, by and through his attorneys of record, JOLLEY URGA WOODBURY & LITTLE, and Defendant Costco Wholesale Corporation, by and through its attorneys of record, WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP (collectively referred to as the "Parties"), hereby stipulate and respectfully request that the Court extend the deadline to oppose the Parties' respective Motions in Limine by sixty (60) days. The reason for this requested extension is that the Parties have stipulated and the Court has agreed to continue the trial date from its formerly set stacked docket beginning on January 23, 2017 to its newly set stacked docket beginning April 24, 2017 due to, among other things, the mutual desire to participate in mediation on February 7, 2017.

/ / /

/ / /

/ / /

Page 1 of 3

542284.docx

If the mediation is unsuccessful and in an effort to save time and resources, the Parties wish to extend the deadline to Oppose the Motions in Limine currently on file until March 7, 2017.

DATED this 4 day of January, 2017.                    DATED this 4 day of January, 2017.

**JOLLEY URGA WOODBURY & LITTLE**         **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By:  /s/ Martin A. Little                                         By:  /s/ Douglas M. Rowan
Martin A. Little, Esq.                                           Kym Samuel Cushing, Esq.
Nevada Bar No. 7067                                           Nevada Bar No. 4242
Alexander Villamar, Esq.                                      Douglas M. Rowan, Esq.
Nevada Bar No. 9927                                           Nevada Bar No. 4736
330 S. Rampart Blvd., Suite 380                           Virginia T. Tomova, Esq.
Las Vegas, Nevada 89145                                    Nevada Bar No. 12504
*Attorneys for Plaintiff*                                        300 South Fourth Street, 11th Floor
                                                                              Las Vegas, Nevada 89101
                                                                              *Attorneys for Defendant*

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that good cause exists to extend the deadline to oppose the Motions in Limine on file in the above captioned case, and therefore the Parties shall have until March 7, 2017 to file their respective oppositions, if any.

DATED this __5th__ day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**JOLLEY URGA WOODBURY & LITTLE**

By: __/s/ Martin A. Little__
Martin A. Little, Esq.
Nevada Bar No. 7067
Alexander Villamar, Esq.
Nevada Bar No. 9927
330 S. Rampart Blvd., Suite 380
Las Vegas, Nevada 89145
*Attorneys for Plaintiff*