# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARTANO AIDINI, | Case No. 2:15-cv-00505-APG-GWF |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION IN LIMINE REGARDING ARGUMENT THAT ACCIDENT WAS UNAVOIDABLE** |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant. | (ECF No. 45) |

Plaintiff Artano Aidini moves to preclude defendant Costco Wholesale Corporation from making any reference or argument that Aidini's fall was an unavoidable accident. Costco responds that it did not assert such a defense in its answer, but rather seeks to dispute whether Costco was negligent.

There appears to be no actual dispute here, as Costco disclaims any intent to make the argument challenged by Aidini's motion in limine. I am disappointed that the parties did not resolve this dispute when they met and conferred before filing this motion.

IT IS THEREFORE ORDERED that plaintiff Artano Aidini's motion in limine to preclude defendant Costco Wholesale Corporation from making any reference or argument that Aidini's fall was an unavoidable accident **(ECF No. 45) is DENIED**.

DATED this 10th day of April, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE