UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ARTANO AIDINI,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant. | Case No. 2:15-cv-00505-APG-GWF<br><br>**ORDER DENYING MOTION IN LIMINE TO PRECLUDE DEMONSTRATIVE EXHIBITS RELATED TO PLAINTIFF'S MEDICAL TREATMENT**<br><br>(ECF No. 52) |

Defendant Costco Wholesale Corporation moves to preclude plaintiff Artano Aidini from presenting color photographs of his surgical hardware, x-rays, and incisions. Aidini responds that the photos are probative to an understanding of the extent of his injuries, and that the photographs are not so gruesome as to be unfairly prejudicial.

Neither party has attached the images in question to its filing on this motion. Thus, I do not know what those photographs show so it would be premature for me to rule. I direct Aidini to show me and Costco's counsel any proposed demonstrative exhibits of his surgeries before seeking to present them at trial.

IT IS THEREFORE ORDERED that defendant Costco's motion in limine to preclude the plaintiff from presenting demonstrative exhibits related to his medical treatment **(ECF No. 52) is DENIED WITHOUT PREJUDICE**.

IT IS FURTHER ORDERED that plaintiff Artano Aidini shall provide the court and defendant's counsel any proposed demonstrative exhibits of his surgeries before seeking to present them at trial.

DATED this 10th day of April, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE