# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARTANO AIDINI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　　Defendant. | Case No. 2:15-cv-00505-APG-GWF<br><br>**ORDER DENYING MOTIONS AS MOOT**<br><br>(ECF Nos. 129, 137) |

In light of the parties' notice of settlement (ECF No. 140) and satisfaction of judgment (ECF No. 141),

IT IS ORDERED that the pending motions for prejudgment interest **(ECF No. 129)** and to stay judgment pending appeal **(ECF No. 137) are DENIED as moot**.

DATED this 12th day of July, 2017.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE